**Order entered August 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00479-CV

**SHARLET O. MITCHELL, ET AL., Appellants**

**V.**

**NUGGEHALI NEIL SATYU, M.D., ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03855-D**

## ORDER

Before the Court is appellee Zahoor Ahmed, M.D.'s August 12, 2014 unopposed motion for an extension of time to file a brief. We **GRANT** appellee's motion. Appellee Zahoor Ahmed, M.D. shall file his brief on or before **September 8, 2014**. We caution appellee that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

The deadline for appellee Nuggehali Neil Satyu, M.D.'s brief is Monday, August 18, 2014.

/s/    ADA BROWN
       JUSTICE